NATHAN RAY FORSHA, APPELLEE, V. NEBRASKA MOLINE
PLOW COMPANY, APPELLANT.

FILED FEBRUARY 10, 1912. No. 16,411.

OPINION on motion for rehearing of case reported in
89 Neb. 770. *Rehearing denied.*

PER CURIAM.

Upon consideration of the motion for a rehearing, and
in view of the rule announced in *Chicago, St. P., M. & O.
R. Co. v. McManigal,* 73 Neb. 585, we are of opinion that
no judgment should have been rendered on the verdict in
this case.

It is therefore considered that the judgment against
the plaintiff and in favor of defendant Murdock & Son,
and the judgment in favor of the plaintiff and against the
Nebraska Moline Plow Company, should be reversed and
the cause remanded to the district court for a new trial,
with leave to the plaintiff to proceed against both of the
defendants.

The motion for a rehearing is

OVERRULED.